UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
Trustees of the Westchester Putnam
Counties Laborers' Local No. 60 Heavy & Highway
Benefit Funds, Welfare, Pension, Annuity, Education     Index No.
& Training, Legal Services, Industry Advancement and
Political Action Funds and the Laborers'
International Union of North America Local No. 60,
                                                        Fed. R. Civ. Pro. 7.1

                         Plaintiff(s),     **07 CIV. 3460**
-against-

PERSICO CONTRACTING & TRUCKING, INC.,
                                                        **BRIEANT**
                       Defendant(s).
-----------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party.

      None

Dated: April 24, 2007

                                                Karin Arrospide, Esq. (KA9319)