Clifford H. Greene (CG 9892)
**CLIFFORD H. GREENE & ASSOCIATES**
*Attorneys for Defendant*
467 North Avenue
New Rochelle, New York 10801
Telephone: (914) 738-5992

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Index No. 07 Civ 3460
-------------------------------------------------------------------X
TRUSTEES OF THE WESTCHESTER PUTNAM
COUNTIES LABORERS' LOCAL NO. 60 HEAVY &
HIGHWAY BENEFIT FUNDS, WELFARE, PENSION,
ANNUITY, EDUCATION & TRAINING, LEGAL
SERVICES, INDUSTRY ADVANCEMENT AND
POLITICAL ACTION FUNDS AND THE LABORERS'
INTERNATIONAL UNION OF NORTH AMERICA
NO.60,

       Plaintiffs,

   -against-                                                             **ANSWER**


PERSICO CONTRACTING & TRUCKING
INC,

       Defendant.
-------------------------------------------------------------------X

    Defendant by its undersigned counsel, answers Plaintiffs, Trustees of the Westchester Putnam Counties Laborers' Local No. 60 Heavy & Highway Benefit Funds, Welfare, Pension, Annuity, Education & Training, Legal Services, Industry Advancement and Political action Funds and the Laborers' International Union of North America Local No. 60 (Collectively referred to herein as "Plaintiffs") Summons and Complaint, as follows:

1.        Defendant states that it lacks the knowledge or information sufficient to

      form a

belief as to the truth of the allegations contained in Paragraphs "1 - 10", "12", "13", "18", "21",

23" and "28-29

", of the Plaintiffs Summons and Complaint.

2.           Plaintiff admits the allegations contained in the Paragraph "11"of the

           Plaintiff's

Summons and Complaint.

    3.      Defendant denies the allegations contained in Paragraphs "14-17", "19", "22",

"24-26" an "30-35" of the Plaintiffs' Summons and Complaint

### **DEFENDANT'S FIRST AFFIRMATIVE DEFENSE**

    4.      Lack of consideration.

    **WHEREFORE**, Persico demands judgment in its favor and against Plaintiff as follows:

1.           Dismissing the Plaintiff's causes of action in there entirety;

1.  Such other and further relief as to this Court seems just and

proper including but not limited to interest, costs, expenses associated with prosecuting this

action, including but not limited to attorneys fees.

Dated: May 29, 2007
       New Rochelle, New York

                              /s/
                          _____
                          Clifford H. Greene
                          CLIFFORD H. GREENE & ASSOCIATES

                          467 North Avenue
                          New Rochelle, New York 10801
                          (914) 738-5992
                          Attorneys for Defendant
                          Persico Contracting & Trucking, Inc.

To:    Karin Arrospide, Esq.
       Attorneys for Plaintiffs
       258 Saw Mill River Road
       Elmsford, NY 10523