# Clifford H. Greene & Associates
## Attorneys at Law

Clifford H. Greene

Lauricanne DeLitta

Nicholas Leo, Jr.
Of Counsel

*By Appointment Only*

235 Mamaroneck Avenue
White Plains, New York 10605

984 North Broadway, Suite 419
Yonkers, New York 10701

**BY FACSIMILE TRANSMISSION AND FIRST CLASS MAIL**

January 17, 2008

The Honorable Charles L. Brieant
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> RE: **Trustees of the Westchester Putnam Counties Laborers' Local 60 et al. vs. Persico Contracting & Trucking, Inc.**
> **Index No.: 07 CV 3460 (CLB)**

Dear Hon. Brieant:

My office represents Persico Contracting & Trucking, Inc. in the aforementioned matter. This matter is scheduled for a compliance on January 18, 2008. My client has recently made a settlement offer which appears to be close to resolving the matter in full. Our adversaries, Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC have indicated that they can't accept the offer without it first being approved by the Board of Trustees. It is my understanding from speaking with Karin Arrospide, Esq. that the next meeting of the Board of Trustees is scheduled for January 31, 2008 at which time we should know if my clients offer is accepted or rejected.. For this reason I am writing this letter, with my adversaries' consent, to request that the court appearance on January 18, 2008 be adjourned to February 1, 2008 at 9:00 AM.

Your cooperation and professional courtesies are greatly appreciated. We await your response.

Should you have any questions, please do not hesitate to contact the undersigned directly.

Thank you.

---

*Address All Correspondence To:*

145 Huguenot Street, Suite 402
New Rochelle, New York 10801
(914) 738-5992
facsimile: (914) 738-7197

Hon. Charles L. Brieant
Page 2

                    Very truly yours,

                    CLIFFORD H. GREENE & ASSOCIATES

                    *Clifford H. Greene /J.C*

                    Clifford H. Greene, Esq.

CHG\jc
CC:   Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
       Attn: Karin Arrospide, Esq.
       [by Fax: 914-592-3213]