# Clifford H. Greene & Associates

Attorneys at Law

Clifford H. Greene

Laurieanne DeLitta

Nicholas Leo, Jr.
Of Counsel

*By Appointment Only*

235 Mamaroneck Avenue
White Plains, New York 10605

984 North Broadway, Suite 410
Yonkers, New York 10701

January 16, 2008

## SENT VIA FACSIMILE TRANSMISSION AND FIRST CLASS MAIL

The Honorable Charles L. Brieant
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601-4150

> **Re:    Trustees of the Westchester Putnam Counties Laborers' Local 60 et al. vs.**
> **Persico Contracting & Trucking, Inc.**
> **Index No.: 07 CV 3460 (CLB)**

Dear Sir:

My office represents Persico Contracting & Trucking, Inc. in the aforementioned matter. This matter is scheduled for a compliance on January 18, 2008. My client has recently made a settlement offer which appears to be close to resolving the matter in full. Our adversaries, Barnes, Iaccarino Virginia, Ambinder & Shepherd, PLLC have indicated that they can't accept the offer without it first being approved by the Board of Trustees. It is my understanding from speaking with Karin Arrospide, Esq. that the next meeting of the Board of Trustees is scheduled for January 31, 2008 at which time we should know if my clients offer is accepted or rejected.. For this reason I am writing this letter and making a joint request on behalf of both parties that the court appearance on January 18, 2008 be adjourned to sometime after January 31, 2008.

*Address All Correspondence To:*

145 Huguenot Street, Suite 402
New Rochelle, New York 10801
(914) 738-5992
facsimile: (914) 738-7197

Your cooperation and professional courtesies are greatly appreciated.  We await your
response.

Very truly yours,

CLIFFORD H. GREENE & ASSOCIATES

Clifford H. Greene, Esq.

CHG\bm
CC:   Barnes Iaccarino, Virginia, Ambinder & Shepherd, PLLC
       Attn: Karin Arrospide, Esq.
       (Sent via Fax)