UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Trustees of the Westchester Putnam Counties Laborers'
Local No. 60 Heavy & Highway Benefit Funds,
Welfare, Pension, Annuity, Education & Training Fund,
and Legal Services Funds,

                         Plaintiffs,

—against—

PERSICO CONTRACTING & TRUCKING, INC.,

                         Defendant.
---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISCONTINUANCE**

Index No. 07 Civ.3460 (CLB)

IT IS HEREBY STIPULATED, by and between counsel for the Plaintiffs and Defendant in the within action that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is discontinued and without costs to any party.

DATED: February 13, 2008

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiffs

By: _____
Karin Arrospide (KA 9319)
258 Saw Mill River Road
Elmsford, NY 10523
(914) 592-1515

CLIFFORD H. GREENE & ASSOCIATES
Attorneys for Defendant

By: _____
Clifford H. Greene, Esq.
145 Huguenot Street, Ste. 402
New Rochelle, NY 10801
(914) 738-5992

SO ORDERED: February 14, 2008

_____
USDJ